**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CHAD BATTERMAN, : No. 51 MAL 2022
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
SILVIA SANTO, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.